JENNIFER FARER (*Pro Hac Vice*)
Email: farerj@SEC.GOV
Tel.: (202) 551-5072
NICHOLAS MARGIDA (*Pro Hac Vice*)
Email: margidan@sec.gov
Tel.: (202) 551-8504
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

<u>LOCAL COUNSEL</u>
Daniel S. Lim (Cal. Bar # 292406)
Email: limda@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3957

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DAVID GESSIN (a/k/a John David), an individual, EQUIFUNDS, INC., a California Corporation, and ICE FLEET LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:23-cv-00460-JVS-ADS<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EQUIFUNDS, INC., ICE FLEET LLC, AND JOHN DAVID GESSIN**<br><br>Date:   January 5, 2026<br>Time:   1:30 p.m.<br>Ctm:    10C, Santa Ana Courthouse<br>Judge:  Hon. James V. Selna<br>Deadlines: Vacated (Dkt. No. 77) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 5, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable James V. Selna, United States District Judge, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, 92701, Courtroom 10C, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move for entry of default judgment against Defendants Equifunds, Inc. ("Equifunds"), Ice Fleet LLC ("Ice Fleet"), and John David Gessin pursuant to Federal Rule of Civil Procedure 55(b), Local Civil Rule 55-1, and this Court's Order of April 29, 2025 (Dkt. No. 62) (the "Motion").

The Motion is based upon the Default By Clerk pursuant to Rule 55(a) entered on April 29, 2025, as to Equifunds and Ice Fleet (Dkt. No. 63) and July 14, 2025 as to John David Gessin (Dkt. No. 75), this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Jennifer Farer and Jamie Wohlert, the Proposed Final Judgments, the filings and records in this action, and any other evidence or argument the SEC may present in support of the Motion. Because defaults have been entered against Defendants Equifunds, Ice Fleet, and Gessin, who are not represented by counsel, the SEC did not conduct a pre-filing conference of counsel pursuant to Local Civil Rule 7-3.

Dated: December 3, 2025

Respectfully submitted,

*/s/ Jennifer Farer*
Jennifer L. Farer

*Attorney for Plaintiff*
*Securities and Exchange Commission*

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is:

SECURITIES AND EXCHANGE COMMISSION
100 F. Street N.E., Washington, DC 20549
Telephone No. (202) 551-5072

On this date, I caused to be served the document entitled **NOTICE OF MOTION AND MOTION BY PLAINTIFF FOR DEFAULT JUDGMENT AGAINST DEFENDANTS EQUIFUNDS, INC., ICE FLEET LLC, AND JOHN DAVID GESSIN** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare that the foregoing is true and correct.

Date: December 3, 2025          */s/ Jennifer Farer*
                                Jennifer L. Farer

3

*SEC v. Gessin, et al.*
**United States District Court – Central District of California**
Case No. 8:23−cv−00460−JVS−ADS

SERVICE LIST

John David Gessin
28241 Crown Valley Pkwy., Suite F607
Laguna Niguel, CA 92677
carbonzero01@outlook.com
delivery0612@outlook.com

Equifunds, Inc.
Attn: John David Gessin, President
28241 Crown Valley Pkwy., Suite F607
Laguna Niguel, CA 92677
carbonzero01@outlook.com
delivery0612@outlook.com

Ice Fleet LLC
Attn: John David Gessin, Manager
28241 Crown Valley Pkwy., Suite F607
Laguna Niguel, CA 92677
carbonzero01@outlook.com
delivery0612@outlook.com

**Defendants**[1]

---

[1] The current address information for each Defendant was identified in the motion of Ms. Boris to withdraw as counsel for Gessin, Equifunds, and Ice Fleet. (*See* Dkt. No. 42.) Gessin subsequently requested that the SEC use the email address delivery0612@outlook.com for correspondence in this case.